## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MARINA GIBBS

§
§        Case No.: 07-06440
§
§
§
Debtor(s)                                    §

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 04/11/2007.

2)   This case was confirmed on 06/25/2007.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was converted on 11/08/2010.

6)   Number of months from filing to the last payment:  43

7)   Number of months case was pending:  44

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $      1,085.00

10)  Amount of unsecured claims discharged without payment $        .00

11)  All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 5,224.20 |
| Less amount refunded to debtor | $ 110.76 |
| **NET RECEIPTS** | $ 5,113.44 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 347.36 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,347.36 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 5,136.74 | 2,282.37 | 2,282.37 | 1,412.08 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| IRS | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 923.00 | 871.07 | 871.07 | .00 | .00 |
| MIDLAND CREDIT SERV | OTHER | NA | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 924.01 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | NA | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| VILLAGE OF BRIDGEVIE | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,800.00 | 2,670.00 | 2,670.00 | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | NA | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | OTHER | NA | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 511.00 | 510.83 | 510.83 | .00 | .00 |
| F&W LLC | OTHER | NA | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 378.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EMERGENCY CARE PHYSI | UNSECURED | 328.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | NA | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTIONS | OTHER | NA | NA | NA | .00 | .00 |
| EXPRESS | UNSECURED | 534.00 | NA | NA | .00 | .00 |
| FINGERHUT CREDIT ADV | UNSECURED | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | NA | NA | NA | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | NA | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | NA | NA | NA | .00 | .00 |
| IQ TEL | UNSECURED | 174.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 316.00 | 316.34 | 316.34 | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 467.00 | NA | NA | .00 | .00 |
| PARK DANSAN | OTHER | NA | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 467.00 | NA | NA | .00 | .00 |
| PARK DANSEN | OTHER | NA | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 316.00 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | OTHER | NA | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 1,675.00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 400.00 | 400.00 | 400.00 | .00 | .00 |
| PREMIUM ASSET RECOVE | OTHER | NA | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 1,540.00 | 1,540.00 | 1,540.00 | .00 | .00 |
| PELLETTIERI & HENNIN | OTHER | NA | NA | NA | .00 | .00 |
| NGBL CARSONS | UNSECURED | NA | NA | NA | .00 | .00 |
| KEY NOTE CONSULTING | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOC OF C | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 967.98 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 842.00 | 855.40 | 855.40 | .00 | .00 |
| HARRIS & HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| PROTECTION ONE | UNSECURED | 1,200.00 | 701.83 | 701.83 | .00 | .00 |
| PROVIDENT HOSP OF CO | UNSECURED | 6,000.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,718.10 | 1,718.10 | 1,718.10 | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NA | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| NCO FIN/22 | OTHER | NA | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| CAVALRY | OTHER | NA | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 547.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HELLER & FRISONE | OTHER | NA | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 547.00 | NA | NA | .00 | .00 |
| HELLER & FRISONE | OTHER | NA | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 13,935.60 | 13,935.60 | 13,935.60 | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 13,514.00 | NA | NA | .00 | .00 |
| UNION AUTO SALES | UNSECURED | NA | NA | NA | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 361.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 250.40 | 250.40 | .00 | .00 |
| FEDERATED RTL/MARSHA | UNSECURED | NA | 351.00 | 351.00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | .00 | 4,222.01 | 4,222.01 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NA | 1,035.37 | 1,035.37 | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 354.00 | 354.00 | .00 |
| T MOBILE | UNSECURED | NA | 503.62 | 503.63 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=================================================================.
|                                                                 |
| Summary of Disbursements to Creditors:                          |
|                                                                 |
|                          Claim           Principal       Int.   |
|                          Allowed          Paid           Paid   |
| Secured Payments:                                               |
|     Mortgage Ongoing           .00             .00          .00 |
|     Mortgage Arrearage         .00             .00          .00 |
|     Debt Secured by Vehicle    .00             .00          .00 |
|     All Other Secured          .00             .00          .00 |
| TOTAL SECURED:                 .00             .00          .00 |
|                                                                 |
| Priority Unsecured Payments:                                    |
|     Domestic Support Arrearage     .00         .00          .00 |
|     Domestic Support Ongoing       .00         .00          .00 |
|     All Other Priority        2,636.37    1,766.08          .00 |
| TOTAL PRIORITY:               2,636.37    1,766.08          .00 |
|                                                                 |
| GENERAL UNSECURED PAYMENTS:  29,881.58         .00          .00 |
|                                                                 |
.=================================================================.
```

```
.=================================================================.
|                                                                 |
| Disbursements:                                                  |
|                                                                 |
|     Expenses of Administration     $    3,347.36               |
|     Disbursements to Creditors     $    1,766.08               |
|                                                                 |
| TOTAL DISBURSEMENTS:                    $     5,113.44         |
|                                                                 |
.=================================================================.
```

12)    The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    12/08/2010                        /s/ Tom  Vaughn
                                            Tom  Vaughn, Chapter 13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**